UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

BRIAN WILKINS,

        Plaintiff,                                   Case No.  1:15-CV-00412
                                                        HON. ROBERT HOLMES BELL

v.

TODD WENZEL BUICK, GMC, INC.,

        Defendant.

_____/

THE ALEXANDER LAW FIRM
Andrew R. Mikos (P76268)
Adam S. Alexander (P53584)
Attorney for Plaintiff
17200 W. Ten Mile, Ste. 200
Southfield, MI 48075
(248)246-6353
_____/

## NOTICE OF VOLUNTARY DISMISSAL

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Brian Wilkins, through his counsel, hereby files this notice, that the above-captioned action be dismissed as to defendant Todd Wenzel Buick, GMC, Inc.. Pursuant to the aforementioned Rule, this matter is hereby DISMISSED with no award of costs or attorney's fees to either party.

Dated:  June 30, 2015


 /s/ Robert Holmes Bell
_____
HON. JUDGE ROBERT HOLMES BELL


 DATED:  July 1, 2015

Respectfully,

**/s/Andrew R. Mikos**

Andrew R. Mikos (P76268)
Adam S. Alexander (P53584)
THE ALEXANDER LAW FIRM
Attorneys for Plaintiff
17200 W. Ten Mile, Ste. 200
Southfield, MI 48075
(248)246-6353